UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENNY THOMPSON,

CASE NO.: 1:21-cv-23447-DPG

    Plaintiff,

v.

RYDER SYSTEM, INC.,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Penny Thompson, and Defendant Ryder System, Inc., by and through their counsel, stipulate to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant in the above captioned matter. All claims available to Plaintiff as to Defendant are dismissed with prejudice with both parties agreeing to be responsible for their respective fees and costs.

Respectfully submitted,

*s/ Lauren Wilson*

Lauren Wilson, Esq.
Florida Bar No. 1024850
Email: lauren@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
701 Brickell Avenue, Suite 1310
Miami, Florida 33131
Telephone: (305) 946-1884

*Counsel for Plaintiff*

*/s/Angelique Groza Lyons*

>Angelique Groza Lyons, Esq., Fla. Bar No. 118801
>Email: alyons@constangy.com
>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
>100 North Tampa Street, Suite 3350
>Post Office Box 1840
>Tampa, Florida  33601-1840
>(813) 223-7166 / Fax:  (813) 223-2515
>
>Kimberly F. Seten (Admitted *Pro Hac Vice*)*
>MO Bar No. 50449
>Email: kseten@constangy.com
>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
>2600 Grand Blvd., Suite 750
>Kansas City, Missouri 64108
>Phone: 816-472-6400
>Facsimile: 816-472-6401
>
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of July 2022, a true and correct copy of the foregoing document was served on all counsel of record on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

>*s/ Lauren Wilson*
>Lauren Wilson, Esq.